# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 MAY 13 A 9:36

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

| | |
|---|---|
| Tanya Lyles aka Tanya English<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>U.S. Retirement & Benefits Partners<br>SF&C Insurance Associates, Inc.- Jeff Patti<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 21-cv-1165-CBD<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Tanya Lyles aka Tanya English |
  | Street Address | 9841 Washingtonian Blvd. Ste 200 |
  | City and County | Gaithersburg, Montgomery |
  | State and Zip Code | Maryland 20878 |
  | Telephone Number | 240-277-4214 |
  | E-mail Address | norisktolisten@gmail.com |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | U.S. Retirements & Partners |
| Job or Title *(if known)* | Owners of SF&C Insurance Associates |
| Street Address | 99 Wood Avenue South #501 |
| City and County | Iselin, Woodbridge |
| State and Zip Code | New Jersey 08830 |
| Telephone Number | 732-321-8300 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | SF&C Insurance Associates, Inc. |
| Job or Title *(if known)* | Jeff Patti- General Manager |
| Street Address | 10075 Red Blvd. #550 |
| City and County | Owings Mill, Baltimore |
| State and Zip Code | Maryland 21117 |
| Telephone Number | 410-337-7577 |
| E-mail Address *(if known)* | jeffpatti63@aol.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FDCPA, TILA, FCRA, GLBA

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Tanya Lyles aka Tanya English, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* U.S. Retirement & Benefits Partners, is incorporated under the laws of the State of *(name)* New Jersey, and has its principal place of business in the State of *(name)* New Jersey.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

U.S. Retirement & Benefits Parnters the parent and holding company of SF&C Insurance's General Manager Jeff Patti has violated 53 Federally Protected Consumer's Rights violation under 15 U.S.C. Chapter 41 (FDCPA, FCRA, TILA, GLBA). U.S. Retirment & Benefits and affilated company owe $110,000 for 53 exhibits of violations under 15 U.S.C. Chapter 41.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A.    Where did the events giving rise to your claim(s) occur?
Statement of claim pages are included pages 1-7.

   B.    What date and approximate time did the events giving rise to your claim(s) occur?
March 22, 2021, March 23, 2021, March 26, 2021.

## Statement of Claim

Lyles

vs

U.S. Retirement & Benefits Partners
SF&C Insurance Associations, Inc- Jeff Patti (General Manager)

2. The Defendants

If the defendant is a corporation: The defendant, SF&C Insurance Associates, is incorporated under the laws of the State of Maryland, and has its principal place of business in the State of Maryland.

## Statement of Claim

Lyles

vs

U.S. Retirement & Benefits Partners
SF&C Insurance Associations, Inc- Jeff Patti (General Manager)

U.S. Retirement & Benefits Partners located at 99 Wood Avenue South #501, Iselin, New Jersey 08830 is the parent or holding company of SF&C Insurance Associates, Inc (SF&C) located at 10075 Red Run Boulevard Suite 500, Owings Mills, Maryland 21117 (financial institutions in the insurance industry). On March 22, 2021 I, Ms. Tanya Lyles aka Ms. Tanya English a former SF&C Insurance Agent/Contactor and consumer emailed an electronic message to Mr. Jeff Patti the General Manager of SF&C about authorizing insurance companies such as Transamerica to convert all my earned commissions, or residuals (percentage based on the amount of premium the policy is sold for) checks back to SF&C after my resignation on March 1, 2021. I was overly concerned after speaking with a Transamerica representative named "Karen" who informed me that Mr. Patti authorized Transamerica's commission department to convert my earned commission back to SF&C Insurance by stopping my commission pay from depositing into my personal checking account. Instantly, I asked the Transamerica's representative Ms. Karen "Was this legal to withhold my commission pay that I earned?" Ms. Karen immediately replied to "Contact Mr. Patti." While I continued to plead with Ms. Karen on the phone not to illegally convert my earned commissions back to SF&C, I simultaneously emailed Mr. Patti, because I was worried about losing my monthly earned commission/residual checks.

Upon, emailing Mr. Patti to ask why my earned commissions/residuals was being swiped or converted back to SF&C Insurance? Under this stressful circumstance, when I emailed Mr. Patti, I accidently sent the electronic message on a SF&C grouped email thread (an email thread contains

all email sent between correspondents) or message consisting of approximately twenty or more employees including customer service representatives, the accountant department staff and other insurance agents/contractors. On March 22, 2021 Mr. Patti responded to my email and insisted that he did not authorized any insurance companies in which I wrote business (insurance premiums) to convert any commissions to SF&C. Mr. Patti implied, that I was "Misinformed" or "Someone gave you incorrect information?" In closing his email, Mr. Patti asked, "Why included all of the agents on this email when it doesn't concern them?" Surprisingly on March 23, 2021 when I received Mr. Patti's email, I learned that I sent my message on the company's grouped thread or message. Without hesitation I wrote an email to respectfully explain that it was not my intentions to email other employees or agents/contractors on any email thread. In this same email response to Mr. Patti, I replied: Why when SF&C is being questioned about their deceptive and unfair practices, someone is always giving out misinformation about SF&C's protocol? Ms. Karen from Transamerica clearly explained SF&C elaborated mechanism to convert all terminated agents' commissions back to SF&C. Stop trying to give false beliefs that these representatives are providing false information because they are reporting the methods that were developed to undermine the agents. Please forward me an **affidavit of truth** that bears your signature stating that you did not inform any insurance companies or affiliates to convert any commissions regardless of the amount back to SF&C or ATM Financial. Whereas I can forward it to all the insurance companies that I have done business with and request to receive my commissions directly in my checking account. Per Transamerica at your request: "Obligations and Compensation after Termination" they will not pay commission if it totals less than $500, that all commissions will convert back to SF&C. I asked, Ms. Karen was that fair? Then, she instructed me to speak to Mr. Jeff Patti.

Jeff, like I informed you in a separate email, my commissions are not much, but I earned every penny. I did not rob, steal, nor use any other abusive or deceptive acts to earn a commission. For example, I never increased a client's pay without their knowledge, because it would be unlawful to design, compile, and furnish any forms knowing that such forms would be used to make a commission. The purpose of this email is to ensure that SF&C projects fairness to all agents and not to some. For example, if your mother (no stab at your mom, because I like her very much) resigns from SF&C would you inform all the companies to convert her commissions back to SF&C? Better yet, what happens to the commissions for deceased agents? Jeff, do their families get their commission checks for business that remained on the books? Because Ms. Gloria's husband nor children never received a check from SF&C. That is something you should think about changing to support your hard-working agents. Jeff, I want my monthly commissions to be deposited in my checking account. This will prevent me from contacting you every month about my commissions. I am acting on behalf of myself in good faith to prevent SF&C from cashing my checks without my consent or knowledge. For example, why does Nancy Mitchell's name appear on my checks? Enclosed is a check for your review. Again, stop taking things personally and just fix the existing problems in SF&C. Now, I hope you wish to continue our conversation separately. Again, it was not my intention to send the first email out. I wish everyone at SF&C the best and positive endeavors." This concluded the end of my electronic email message sent to Mr. Patti.

Mr. Patti email reply left me in a state of feeling of humiliation, shame and embarrassment when he proceeded to disclose nonpublic personal information about my commission checks, alleged owe debts, and amounts to all the staff and agents enclosed on this grouped email threads. In which I did not give Mr. Patti the permission or consent to disclose to any nonpublic personal

information to any third party such as other agents/contactors. In a separate email between Mr. Patti and myself on March 23, 2021, he threatened (implying he would humiliate and embarrass me) to disclose my nonpublic personal information by exposing a list of my earned commissions to staff and other agents on the grouped email threads. Mr. Patti sent an electronic email stating the following: "Should I send this statement out to everyone?" Again, I did not give Mr. Patti permission or consent to share nonpublic personal information to any staff or agents/contactors.

Immediately, he sent a grouped email message, he replied: "I deal with Traci May in Trans commissions and I will provide a contact in a later email. "Tanya's commissions WERE NOT coded to SFC. She had a debit balance at the end of February on her UL agent # and so there weren't any commissions to release. Tanya will start receiving commissions again on the March statement that release April 1st. However, she should have received commissions on her CI # TD6885 in the amount of $211.24 for February that released March 1st." Also, as I informed you in a previous email, Combined paid you $278.80 on March 16th."

In result Mr. Patti abusive practices contribute to invasions of my individual privacy. Instantly, agents/contractors replied to his email and called me on the telephone because they witnessed the humiliating email too, sent by Mr. Patti. He intentionally shared my nonpublic personal information about commissions I received from insurance companies, that I had written policies for. Mr. Patti the assigned General Manager working for an insurance company or financial institution used this grouped email to invaded my privacy as well as disclosed what debts was attempted to be collected. Mr. Patti and affiliates are in violation of 15 U.S.C. 1692b(2) not state that such consumer owes any debt. I was never informed that Mr. Patti and affiliates were debt collectors attempting to collect a debt and in which provides a computed time on the alleged outstanding up balance or charges. Mr. Patti and affiliates are in violation 15 U.S.C. 1605

determination of finance charge, interest, any amount payable, or other system or additional charges including premiums and paid insurance broker fees. Immediately, after learning they were debt collectors using abusive debt collection practices to invade my individual privacy, attempted to collect direct or indirectly debts owed or due. In pursuant to 15 U.S.C. 1692a(6) the term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirect, debts owed or due or asserted to be owed or due another. In which Mr. Patti failed to protect my privacy or to protect the consumer against any debt collection abuses. Mr. Patti intentionally used unfair methods to attack my character, reputation and invaded my consumer's right to privacy with regard to the confidentiality. In pursuant to 15 U.S.C. 1681a messages containing information solely as to transactions or experiences between myself, Mr. Patti and affiliates should have been restricted on sharing nonpublic personal information. I felt very humiliated when Mr. Patti shared a description based on the payment transactions of the consumer commission reports (including alleged debts) means all of the information recorded from third-party insurance brokers like Transamerica or Combined Insurance. I did not give Mr. Patti or alike the permission or consent to share any information in connection with underwriting of insurance involving premiums, commissions debt collection or residuals and/or disclosed my personal information in which violated my consumer's rights to privacy. In pursuant to 15 U.S.C. 1605 the determination of sums of all charges and transaction are unclear. In pursuant to 15 U.S.C. 1681a Mr. Patti disclosed electronic fund transfer, payments or debit information issued by a financial institution ('financial institution" means any other person that directly or indirectly, holds a transaction account belonging to a consumer) to a consumer. Mr. Patti did not have a legitimate business need to disclose or furnish nonpublic personal

information to any third-party independent insurance agent or contractors. In pursuant to 15 U.S.C. 1681b the consumer's information shall be kept confidential and not be used in connection with any other civil, administrative or criminal proceeding, or any for any purpose. In pursuant to 15 U.S.C. 1692d Mr. Patti a debt collector or like may not engage in any conduct the natural consequence of which is to harass or abuse any person in connection with the collection of a debt. The use or threat to harm the reputation of any person or the use of obscene or profane language of which is to abuse the hearer or reader. Mr. Patti intimidation acts caused unwanted headaches or migraines when he invaded my consumer's rights to privacy. In pursuant to 15 U.S.C. 1962e a debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt including the use of any facsimile thereof. Mr, Patti made good on his threat to take action that cannot legally be taken to breach a consumer's rights to privacy. In pursuant to 15 U.S.C. 1692f unfair practices, a debt collector may not use unfair or unconscionable means to collect or attempt collect any debt. Using any language or symbol that does not indicate that this communication is in the debt collection business. In pursuant to 15 U.S.C. 1692j it is unlawful to design, compile and furnish any form of communication that consumer is participating in the collection of or in an attempt to collect a debt, when in fact the consumer was not informed by the debt collectors.

On March 26, 2021 I sent U.S. Retirement & Benefits Partners a cease-and-desist letter for Mr. Patti to cease all forms of communication with me, a notarized Affidavit of Truth that included 53 federally protected consumer's rights violations under 15 U.S.C. Chapter 41 with proof including labeled exhibits of violations and an invoice demanded to pay for 53 violations under

15 U.S.C. Chapter 41. This was sent via certified mail. At this time, I have not heard received a rebuttal to my affidavit of truth.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mr. Patti the General Manager employed under U.S. Retirement & Benefits Partners affilated company (SF&C Insurance) violated 53 federally protected consumer's rights under 15 U.S.C. Chapter 41 (FDCPA, FCRA, TILA, GLBA). Mr. Patti invaded my consumer's rights to privacy when he sent a grouped email to third parties included approximately 20 or more agents/contractors and employess of SF&C Insurance. In which Mr. Patti sent an grouped email that included information about my earned commissions, alleged debts owed, residuals. On March 26, 2021, I forward a copy of the emails to U.S. Retirment & Benefits Partners along with an affidavit of truth. Staff and Agents/contactors enclosed on the email thread saw what happened.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Emothional distress, anxiety, mental anguish caused by invasion of my privacy, disclosure of private information without clearance or permission resulting in humiliation and shame. Mr. Patti motive for disclosing nonpublic personal information without my consent was intimidating and I suffered unwanted headaches in results . Earned commissions, alleged owe debt balance, residuals information sent by Mr. Patti was made visible to third parties enclosed on the email threads caused worriment, mortification and unnecessary embarassent. When other agents/contractors and staff called me about Mr. Patti email, it caused isomnia, anxiety, nervousness, tension in my body and the inability to sleep soundly due to emotional distress. It as not a good feeling to see my personal information published in this email for everyone to see. At this point other third parties agents/contactors and staff grouped on this email knew money transactions, as well as alleged debts and earned commissions issued without my consent. Mr. Patti use of obscene language caused to expose bad debt and to ruin my reputation, caused emotional distress. Mr. Patti and alike use false, deceptive means to collect any debt, caused distress.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am invoking my specified remedy as a violated federally consumer under 15 U.S.C. Chapter 41 that U.S. Retirments & Benefits Partners pay $110,000 for 53 violations under 15 U.S.C. Chapter 41 (FDCPA, FCRA, TILA, GLBA) caused by the general manager at SF&C. SF&C converts or codes all commissions back to the assigned insurance companies to pay directly to my checking account including any amounts under $500, SF&C to pay commissions for all policies remaining on the books for the length of the policy's holder coverage. Compensation for pain and suffering. Mr. Patti submits a written apology for discolsing nonpublic personal information to me. SF&C agents/contactors or staff shall not cancel my client's exisiting policies to stop my montly residuals or wrongfully referreing to as twisting to rewrite and earn a commission. U.S. Retirement & Benefits Partners to pay $100 per day from April 27, 2021 for payment that was not receive. U.S. Retirement & Benefits Partners will pay for my attorney fees and all court costs.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/11/2021

Signature of Plaintiff

Printed Name of Plaintiff: Tanya Lyles

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address